# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TIMOTHY J. SAMUEL**                                                                          **PLAINTIFF**
**#68020**

**V.**                                        **NO. 4:23-cv-00749-BRW**

**ROWDY SWEETS and**
**BLAKE WILSON**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of September, 2023.

                                                                                            BILLY ROY WILSON
                                                                 UNITED STATES DISTRICT JUDGE